Schwartz APC
Brandon Schwartz SBN 361655
1104 Corporate Way, Ste. 244
Sacramento, CA 95831
(279) 348-8203

Representing: Plaintiff

File No. 2:26-CV-02702

UNITED STATES DISTRICT COURT
~~US Bankruptcy Court~~, Eastern District (Sacramento)

| | |
|---|---|
| Brandon J. Schwartz, et al.<br>**Plaintiff/Petitioner**<br><br>vs.<br><br>Justin Riddle<br>**Defendant/Respondent** | Case No. 2:26-CV-02702<br><br>Proof of Service of:<br>Complaint, NOTICE OF ASSIGNMENT TO A UNITED STATES MAGISTRATE JUDGE AND DECLINATION OF CONSENT FORM, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, Summons<br><br>Service on:<br>Justin Riddle |

Hearing Date:

Hearing Time:

Div/Dept:

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*
Schwartz APC
Brandon Schwartz SBN 361655
1104 Corporate Way, Ste. 244
Sacramento, CA 95831
TELEPHONE NO: (279) 348-8203 FAX NO *(Optional)*:
E-MAIL ADDRESS *(Optional)*: brandon.schwartz@schwartzapc.com
ATTORNEY FOR *(Name)*: Plaintiff

FOR COURT USE ONLY

***Insert name of court, judicial district or branch court, if any:***
United States District Court
US Bankruptcy Court, Eastern District (Sacramento)
501 I Street, Suite 3-200 Suite 3-200
Sacramento, CA 95814

PLAINTIFF / PETITIONER: Brandon J. Schwartz, et al.
DEFENDANT / RESPONDENT: Justin Riddle

CASE NUMBER:
2:26-CV-02702

## PROOF OF SERVICE

Ref. No. or File No.:
17219424 (29671435)

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
COMPLAINT, NOTICE OF ASSIGNMENT TO A UNITED STATES MAGISTRATE JUDGE AND DECLINATION OF CONSENT FORM, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, SUMMONS

2. Party Served: Justin Riddle

3. Date & Time of Delivery: November 2, 2026 at 5:59 pm CST

4. Address, City and State: 16422 Patrick Ave Omaha, NE, 68116

5. Manner of Service: Personal Service - By personally delivering copies.

Fee for service: $100.00

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Trever Colpetzer

Date: November 3, 2026

Not a Registered California process server.
Trever Colpetzer

InfoTrack US, Inc. - P000634
5341 Old Redwood Highway, Suite 310
Petaluma, CA 94954
800-938-8815